Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                  Case No.: 19−10464−CMG
                                                  Chapter:  13
                                                  Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John H.C. West III                                          Nancy C. Novak−West
   49 Kingwood Avenue                               49 Kingwood Avenue
   Frenchtown, NJ 08825                              Frenchtown, NJ 08325

Social Security No.:
   xxx−xx−3233                                                    xxx−xx−9927

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               3/6/19
Time:             10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 29, 2019
JAN: gan

                                                          Jeanne Naughton
                                                          Clerk, U. S. Bankruptcy Court