Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19−10464−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John H.C. West III                               Nancy C. Novak−West
   49 Kingwood Avenue                       49 Kingwood Avenue
   Frenchtown, NJ 08825                    Frenchtown, NJ 08325

Social Security No.:
   xxx−xx−3233                                       xxx−xx−9927

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               3/6/19
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 29, 2019
JAN: gan

                                                        Jeanne Naughton
                                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
John H.C. West, III
Nancy C. Novak-West
    Debtors

Case No. 19-10464-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1            Date Rcvd: Jan 29, 2019
                            Form ID: 132           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2019.
```
db/jdb         +John H.C. West, III,    Nancy C. Novak-West,    49 Kingwood Avenue,    Frenchtown, NJ 08825-1022
517959719      +American Trading Company,    c/o Daniel J. Graziano & Associates,    PO Box 7809, Ste 1A,
                 West Trenton, NJ 08628-0809
517959718      +American Trading Company,    c/o Lenox, Socey, Formdoni,    136 Franklin Corner Road, Unit 92,
                 Lawrenceville, NJ 08648-2586
517983228       Borough of Frenchtown,    Second Street,    Frenchtown, NJ 08825
517985277      +Fast Track Investment Co., LLC,    1250 Waters Place, Ste 706,    Bronx, NY 10461-2732
517959720      +Fast Track Investment Company LLC,    c/o Thomas Fleming, Esq.,    Olshan Frome Wolosky LLC,
                 1325 6th Avenue,    New York, NY 10019-6026
517983229      +Gaetano DeSapio, Esq.,    1110 Harrison Street,    Frenchtown, NJ 08825-1192
517985276      +Mellon Bank,   c/o Parker McCay,    9000 Midlantic Drive, Ste 300,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
517959721      +Midland Funding Company,    c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517985275      +RJC Funding, LLC,    27 June Street,    Closter, NJ 07624-3010
517959722      +RJC Funding, LLC,    c/o Thomas Fleming, Esq.,    Olshan Frome Wolosky LLC,    1325 6th Avenue,
                 New York, NY 10019-6026
517959723      +The Bank of New York Mellon, etc.,    c/o Parker McCay P.A.,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
517959724      +United States of America,    c/o Attorney General of USA,    U.S. Department of Justice,
                 950 Pennsylvania Avenue NW,    Washington, DC 20530-0009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 23:21:32     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 23:21:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                             TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Douglas A. Cole    on behalf of Joint Debtor Nancy C. Novak-West douglascoleesq@att.net
              Douglas A. Cole    on behalf of Debtor John H.C. West, III douglascoleesq@att.net
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee, et al.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```