Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−10464−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John H.C. West III
49 Kingwood Avenue
Frenchtown, NJ 08825

Nancy C. Novak−West
49 Kingwood Avenue
Frenchtown, NJ 08325

Social Security No.:
xxx−xx−3233

xxx−xx−9927

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on March 7, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 7, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
John H.C. West, III
Nancy C. Novak-West
    Debtors

Case No. 19-10464-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Mar 07, 2019
                   Form ID: 148     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.

```
db/jdb        +John H.C. West, III,    Nancy C. Novak-West,    49 Kingwood Avenue,    Frenchtown, NJ 08825-1022
cr            +RJC Funding, LLC,    Moritt Hock & Hamroff LLP,    400 Garden City Plaza,
                Garden City, NY 11530,    UNITED STATES 11530-3327
517959718     +American Trading Company,    c/o Lenox, Socey, Formdoni,    136 Franklin Corner Road, Unit 92,
                Lawrenceville, NJ 08648-2586
518031182     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517983228      Borough of Frenchtown,    Second Street,    Frenchtown, NJ 08825
517985277     +Fast Track Investment Co., LLC,    1250 Waters Place, Ste 706,    Bronx, NY 10461-2732
517959720     +Fast Track Investment Company LLC,    c/o Thomas Fleming, Esq.,    Olshan Frome Wolosky LLC,
                1325 6th Avenue,    New York, NY 10019-6026
517983229     +Gaetano DeSapio, Esq.,    1110 Harrison Street,    Frenchtown, NJ 08825-1192
517985276     +Mellon Bank,    c/o Parker McCay,    9000 Midlantic Drive, Ste 300,    PO Box 5054,
                Mount Laurel, NJ 08054-5054
517959721     +Midland Funding Company,    c/o Pressler and Pressler,    7 Entin Road,
                Parsippany, NJ 07054-5020
517959722     +RJC Funding, LLC,    c/o Thomas Fleming, Esq.,    Olshan Frome Wolosky LLC,    1325 6th Avenue,
                New York, NY 10019-6026
517985275     +RJC Funding, LLC,    27 June Street,    Closter, NJ 07624-3010
517959723     +The Bank of New York Mellon, etc.,    c/o Parker McCay P.A.,    PO Box 5054,
                Mount Laurel, NJ 08054-5054
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2019 00:00:27      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2019 00:00:24      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517959719     +E-mail/Text: lshields@trafgroup.org Mar 08 2019 00:00:29      American Trading Company,
                c/o Daniel J. Graziano Jr., Szaferman Fi,    101 Grover's Mill Road, Ste. 200,
                Lawrenceville, NJ 08648-4706
518050817      EDI: RESURGENT.COM Mar 08 2019 04:28:00      Ashley Funding Services, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518038754     +EDI: IRS.COM Mar 08 2019 04:28:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
                                                                                               TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517959724*    +United States of America,    c/o Attorney General of USA,    U.S. Department of Justice,
                950 Pennsylvania Avenue NW,    Washington, DC 20530-0009
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:

```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor in interest to JPMorgan Chase Bank, N.A. as Trustee, et al. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas A. Cole    on behalf of Debtor John H.C. West, III douglascoleesq@att.net
              Douglas A. Cole    on behalf of Joint Debtor Nancy C. Novak-West douglascoleesq@att.net
```

```
District/off: 0312-3          User: admin             Page 2 of 2             Date Rcvd: Mar 07, 2019
                              Form ID: 148            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee, et al. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Scott A. Shaffer    on behalf of Creditor    Fast Trak Investment Company LLC sshaffer@olshanlaw.com
          Scott A. Shaffer    on behalf of Creditor    RJC Funding, LLC sshaffer@olshanlaw.com
          Stephen E. Turman    on behalf of Creditor    RJC Funding, LLC sturman@moritthock.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                          TOTAL: 9